**Motion Granted; Appeal Dismissed and Memorandum Opinion filed December 6, 2018.**



In The

# Fourteenth Court of Appeals

## NO. 14-18-01004-CV

**SHIN JAE-HO, Appellant**

**V.**

**AMERICAN BUREAU OF SHIPPING, Appellee**

**On Appeal from the 333rd District Court**
**Harris County, Texas**
**Trial Court Cause No. 2017-58707**

## M E M O R A N D U M    O P I N I O N

This is an appeal from a judgment signed September 6, 2018. On November 28, 2018, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted, and the appeal is dismissed.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Jamison and Donovan